UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANDON WHITE, a minor,  ) <br> by his next friend, NICOLE WHITE  ) <br> Plaintiff,  ) <br>   ) <br> v.  ) <br>   ) <br> UNITED STATES OF AMERICA,  ) <br> Defendant.  ) <br> _____  ) | No. 1:17-cv-882 <br><br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Order entered on this date (ECF No. 18), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  January 26, 2018              /s/ Paul L. Maloney  
                                     Paul L. Maloney  
                                     United States District Judge

1